**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Morvarid Ahmadi

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORVARID AHMADI,<br><br>       Plaintiff,<br><br>           v.<br><br>PERFORMANT RECOVERY, INC.,<br><br>       Defendant. | **Case No.:** 13-cv-1663 LAB (KSC)<br><br>**NOTICE OF SETTLEMENT** |

///
///
///
///
///
///

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff MORVARID AHMADI ("Plaintiff") and Defendant PERFORMANT RECOVERY, INC. ("Defendant") has been resolved. The Parties anticipate filing a Joint Motion for Dismissal of the Action with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 15, 2014 for filing a Joint Dismissal.

Dated: May 15, 2014                         Respectfully submitted,

                                             **KAZEROUNI LAW GROUP, APC**

                                             By: \_\_\_\_/s/ Matthew M. Loker\_\_\_
                                                           MATTHEW M. LOKER, ESQ.
                                                           ATTORNEY FOR PLAINTIFFS

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626