David J. Kaminski (State Bar No. 128509)
kaminskd@cmtlaw.com
Stephen A. Watkins, Esq. (State Bar No. 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
PERFORMANT RECOVERY, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORVARID AHMADI, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>PERFORMANT RECOVERY, INC.,<br><br>  Defendant. | Case 13-cv-01663-LAB-KSC<br><br>**JOINT MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff MORVARID AHMADI, individually and on behalf of all others similarly situated ("Plaintiff"), through his counsel of record, Abbas Kazerounian of the Kazerouni Law Group, APC and Defendant PERFORMANT RECOVERY, INC. ("Defendant"), through its counsel

of record, David J. Kaminski of Carlson & Messer LLP, hereby file this Joint Motion to Dismiss the individual action of Plaintiff MORVARID AHMADI, with prejudice, and to dismiss without prejudice, the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).  Each party shall bear its/his/their own costs and expenses.

DATED:  July 6, 2014            **KAZEROUNI LAW GROUP, APC**

                                           By:  /s/Matthew M. Loker
                                                  Abbas Kazerounian
                                                  Matthew M. Loker
                                                  Attorneys for Plaintiff,
                                                  MORVARID AHMADI

DATED:  July 6, 2014            **CARLSON & MESSER LLP**

                                           By:  /s/ David J. Kaminski
                                                  David J. Kaminski
                                                  Stephen A. Watkins
                                                  Attorneys for Defendant,
                                                  PERFORMANT RECOVERY, INC.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Matthew M. Loker, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: July 6, 2014                **CARLSON & MESSER LLP**

                                   By  /s/ David J. Kaminski
                                       David J. Kaminski
                                       Stephen A. Watkins
                                       Attorneys for Defendant,
                                       PERFORMANT RECOVERY, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on this **6th** day of **July**, **2014**, a true and accurate copy of the foregoing **JOINT MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** with the Clerk of Court using the ECF system which will send notification of such filing to the following

E-mail address(es):
ak@kazlg.com
ml@kazlg.com

                                    /s/ David J. Kaminski
                                    David J. Kaminski