1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORVARID AHMADI, individually and on behalf of all others similarly situated, | CASE NO. 13cv1663-LAB (KSC) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| PERFORMANT RECOVERY, INC., | |
| Defendant. | |

The joint motion to dismiss is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**, except for the class action claims, which are **DISMISSED WITHOUT PREJUDICE**. The parties  shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

DATED:  July 7, 2014

**HONORABLE LARRY ALAN BURNS**
United States District Judge

13cv1663